IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 20-cv-02312-RM-SKC

CHANDRA SHEKHAR,

    Plaintiff,

v.

WHEREABLE TECHNOLOGIES, LLC, and
DALE MAYO,

    Defendants.

_____

**ORDER**
_____

    Pursuant to D.C.COLO.LCivR 72.2, Plaintiff has notified the Court that the parties consent to disposition of the above action by a United States Magistrate Judge. (ECF No. 13.) Accordingly, pursuant to 28 U.S.C. § 636(c), the above action is referred for disposition to United States Magistrate Judge S. Kato Crews. The Clerk shall amend the case number to 20-cv-02312-SKC.

    DATED this 13th day of October, 2020.

                                     BY THE COURT:

                                     _____
                                     RAYMOND P. MOORE
                                     United States District Judge