UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| **CHANDRA SHEKHAR,** | |
| Plaintiff, | |
| | Case No. 1:20-cv-02312 (SKC) |
| v. | |
| **WHEREABLE TECHNOLOGIES, LLC**, and **DALE MAYO,** an individual | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties in the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, with prejudice, and without fees or costs to any party as against the other. Each party shall bear their or its own costs and attorneys' fees, except as provided in the Settlement Agreement.

This stipulation may be filed without further notice with the Clerk of the Court

Respectfully submitted,

| | |
|---|---|
| MILGROM LAW | ANDERSONDODSON, P.C. |
| s/Lindsey Brown | s/Penn Dodson |
| Lindsey Brown, Esq. | Penn Dodson |
| *Lindsey.brown@milgromlaw.com* | *penn@andersondodson.com* |
| 1550 Larimer St. #503 | 11 Broadway, Suite 615 |
| Denver, CO 80202 | New York, NY 10004 |
| Attorney for Defendants | Attorney for Plaintiff |

SO ORDERED:

_____
U.S.M.J S. Kato Crews

Dated: _____